JS 45 (01/2008)

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** **Under Seal:Yes** x **No** ____ **Judge Assigned:** ____

City Woodbridge Superseding Indictment ____ **Criminal Number:** ____

County/Parish Prince William Same Defendant ____ New Defendant ____

Magistrate Judge Case Number ____ **Arraignment Date:** ____

Search Warrant Case Number ____

R 20/R 40 from District of ____

Related Case Name and No: US v. Joseph Farrokh

**Defendant Information:**

**Juvenile --Yes** ___ **No** x **FBI #** ____

**Defendant Name:** Mahmoud Elhassan **Alias Name(s)** ____

**Address:** [redacted] Cullers Court, Woodbridge, Virginia

**Employment:** cabdriver

**Birth date** [redacted]/90 **SS#** [redacted]1763 **Sex** m **Def Race** ____ **Nationality** Sudan **Place of Birth** ____

**Height** ____ **Weight** ____ **Hair** ____ **Eyes** ____ **Scars/Tattoos** ____

**Interpreter:**x **No** ___ **Yes List language and/or dialect:** ____ **Automobile Description** ____

**Location Status:**

Arrest Date ____

___ Already in Federal Custody as of ____ in ____

___ Already in State Custody ___ On Pretrial Release x Not in Custody

x Arrest Warrant Requested ___ Fugitive ___ Summons Requested

___ Arrest Warrant Pending ___ Detention Sought ___ Bond ____

**Defense Counsel Information:**

Name: ____ ___ Court Appointed Counsel conflicted out: James Hundley

Retained **NOTE: Counsel must have secret clearance**

Address: ____ ____

Telephone: ____ ___ Public Defender Federal Public Defender's Office conflicted out: no

**U.S. Attorney Information:**

AUSA Gordon Kromberg Telephone No: 703-299-3721 Bar #33676

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI TFO Walter T. Johnson, Jr. 610 Fourth Street, NW, Washington, D.C. 202.233.1399

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC§ 2339B | Attempt to Provide Material Support to Terrorists | 1 | felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 01/16/2016 **Signature of AUSA:** ____