Case 1:16-mj-00025-IDD Document 7 Filed 01/21/16 Page 1 of 1 PageID# 19

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

UNITED STATES OF AMERICA
*Plaintiff*
v.
MAHMOUD ELHASSAN
*Defendant*

Case No. 1:2016mj25

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MAHMOUD ELHASSAN .

Date: 01/21/2016

/s/
*Attorney's signature*

ASHRAF W. NUBANI 43595
*Printed name and bar number*

AWN POINT LAW
2677 PROSPERITY AVE., STE 320
FAIRFAX, VA 22031
*Address*

awn@awnpointlaw.com
*E-mail address*

(703) 658-5151
*Telephone number*

(703) 658-9200
*FAX number*