# UNITED STATES DISTRICT COURT
## Criminal Minutes - General

Case No.: **1:16-CR-00064-001**  Date: **8-12-2016**

Court Time: **10:00 – 10:10**

Docket Entry:    **STATUS CONFERENCE**

**UNITED STATES OF AMERICA**

v.

**MAHMOUD AMIN MOHAMED ELHASSAN**

Present:    Honorable Anthony J. Trenga, U.S. District Judge
            Janice Allen, Deputy Clerk
            Rhonda Montgomery, Court Reporter
            Gordon Kromberg, Asst. U.S. Atty.
            Stuart Sears, Deft. Atty.
            Thomas Durkin, Deft. Atty.

PROCEEDINGS:
This matter came on for a Status Conference to set a trial date and to determine whether it will be a Jury Trial or Bench Trial.
Def. advised they received classified material last week but has not had a chance to get to it yet.   A translator, who has clearance, will be needed as a some of the material is in Arabic. Def. states that in the next few weeks they will be able to take a look at the documents and determine how long it will take to go through all of it and if the matter may be resolved.   Def. request another status be set, which the govt. does not object.
The Court scheduled a Status Conference for Friday, September 23, 2016 at 9:00 a.m. and advised parties that if this matter needs to be tried, it needs to be tried shortly after the first of the year.