IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:16-cr-64-AJT |
| MOHAMED ELHASSAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

It is hereby

ORDERED that a status conference in the above-captioned matter will be held on **Friday, September 23, 2016 at 9:00 a.m.**

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 12, 2016