IN THE UNITED STATES DISTRICT COURT OF THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 01:16-CR-64 |
| | ) | |
| MAHMOUD ELHASSAN, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF SCHEDULING OF SENTENCING HEARING

TO: Thomas Durkin (TDurkin@durkinroberts.com)

Stuart A. Sears (ssears@schertlerlaw.com)

Nina Blanchard (nina_blanchard@vaep.uscourts.gov).

Please take notice that this matter will be scheduled for a sentencing hearing at **9:00 a.m. on February 24, 2017**, in courtroom 701 before the Honorable Anthony J. Trenga.

Respectfully submitted,

Dana J. Boente
United States Attorney

/s/

Dennis M. Fitzpatrick
Virginia Bar No.: 44858
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Email Address: dennis.fitzpatrick@usdoj.gov