IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAHMOUD ELHASSAN, | ) | Case No. 1:16-CR-00064 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION TO SCHEDULE SENTENCING HEARING**

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Dennis M. Fitzpatrick, Assistant United States Attorney, with the consent of counsel for the defendant, respectfully moves the Court to schedule this matter for a sentencing hearing on **Friday, February 24, 2017, at 9:00 a.m.** In support thereof, the parties state as follows:

1. On October 24, 2016, the Court accepted the defendant's guilty pleas to Count Two and Count Three in the pending Indictment. The defendant pled guilty to these offenses on his own accord without a plea agreement with the government. At the time the defendant entered his guilty plea on October 24, 2016, the government had not had enough time to assess its options with respect to the remaining count (Count One) in the Indictment.

2. The United States can now inform the Court that we will dismiss Count One in the pending Indictment at the sentencing hearing upon the defendant's conviction for Count Two and Count Three.

3. Accordingly, the United States also respectfully asks that this matter be removed

So ordered 11/29/16

/s/
Anthony J. Trenga
United States District Judge

from the Court's trial calendar currently scheduled for January 23, 2017. Further, there is no longer any need for a motions schedule in this matter.

WHEREFORE, the United States requests, with the consent of counsel for the defendant, that the Court schedule this matter for a sentencing hearing on **February 24, 2017, at 9:00 a.m.** Further the parties ask for removal of this case from the Court's trial calendar and a suspension of the motions schedule in this matter.

Respectfully submitted,

Dana J. Boente
United States Attorney

/s/

Dennis M. Fitzpatrick
Virginia Bar No.: 44858
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Email Address: dennis.fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel for the defendant.

/s/

Dennis M. Fitzpatrick
Virginia Bar No.: 44858
Attorney for the United States of America
United States Attorney's Office