FILED
IN OPEN COURT
FEB 24 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:16-CR-0064 |
| | ) | |
| MAHMOUD AMIN MOHAMED ELHASSAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

WHEREAS, defendant was indicted by a grand jury in this district on three counts;

WHEREAS, on October 24, 2016, defendant pled guilty to Counts 2 and 3 of the Indictment;

AND WHEREAS, the Government moves to dismiss Count 1;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Count 1 of the Indictment is dismissed without prejudice.

Dated this 24th day of February, 2017.

/s/
Anthony J. Trenga
United States District Judge