**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 16 CR 64<br>Judge Anthony J. Trenga |
| MAHMOUD AMIN MOHAMED ELHASSAN, Defendant. | ) | |

**DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO HIS EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

Defendant, **MAMHOUD AMIN MOHAMED ELHASSAN**, by and through his attorneys, **STUART A. SEARS** and **THOMAS ANTHONY DURKIN**, respectfully submits this Reply to the government's response in opposition to his Emergency Motion for Compassionate Release. (Dkt. #73).

As indicated in prior status reports, the parties have been attempting to reach an agreement with respect to the disposition of this motion. Notwithstanding some of the language of the Government's response, the government attorneys have authorized undersigned counsel to request that the Court defer ruling on this motion until it can be determined whether Defendant will, in fact, have the outside consultation with a nephrologist referred to in the prior pleadings.[1] Should this consultation result in a confirmation of the seriousness of Defendant's condition, the parties expect that they will then file a joint recommendation for disposition of the motion.

[1] Undersigned counsel spoke this afternoon, December 23, 2020, with a representative of the medical staff at FCI Danbury, who confirmed that the appointment is still on schedule.

Respectfully submitted,

/s/ Stuart A Sears
**STUART A. SEARS** (Va. Bar. No. 71436)
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue, N.W.
Suite 500
Washington, DC 20001
Tel: 202-628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN**
(Admitted *Pro Hac Vice*)
DURKIN & ROBERTS
515 W. Arlington Pl.
Chicago, IL 60614
Tel: (312) 981-0123
tdurkin@durkinroberts.com

*Attorneys for Defendant.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties involved in the case.

/s/ Stuart A Sears
**STUART A. SEARS** (Va. Bar. No. 71436)
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue, N.W.
Suite 500
Washington, DC 20001
Tel: 202-628-4199
Facsimile: (202) 628-4177
ssears@schertlerlaw.com