**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Crim. No: 1:16-CR-064** |
| v. | ) | |
| **MAHMOUD AMIN MOHAMED ELHASSAN,** | ) | |
| Defendant. | ) | |

**UNITED STATES RESPONSE TO DEFENDANT'S SUPPLEMENTAL EXHIBIT IN SUPPORT OF HIS PREVIOUSLY FILED MOTION FOR COMPASSIONATE RELEASE**

On March 16, 2021, the defendant, Mahmoud Amin Mohamed Elhassan (hereafter "defendant"), submitted a supplemental exhibit in support of his motion for compassionate release. ECF No. 80. The supplemental exhibit involved a newspaper article dated February 27, 2021. ECF No. 80-1. The article contained inmate interviews and background information regarding the COVID-19 pandemic at FCI Danbury, where the defendant is incarcerated. *Id*.

According to the Bureau of Prisons (BOP) public website, as of March 17, 2021, zero inmates and one staff member at FCI Danbury are positive for COVID-19, and 76 inmates and 122 staff members have received both doses of the COVID-19 vaccine. *See* https://www.bop.gov/coronavirus/.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Dated: March 17, 2021

By: /s/

Michael J. Lebowitz
Special Assistant United States Attorney
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone Number: (703) 838-2621
Facsimile Number: (703) 299-3980
E-mail Address: michael.lebowitz2@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on March 17, 2021, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/

Michael J. Lebowitz
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 838-2621
michael.lebowitz2@usdoj.gov